05-13-01286-CR

8/7/2015

Court Clerk
5th Dist. of TX.
Crt. of App. ___
George Allen Bldg.
600 Commerce
Suite #200
Dallas TX 75202


RE: Court Records pages
   C.O.A Case # 05-15-01286-CR
   Trial Case # F1271997-CR


Dear Ma'am,
          I would like to purchase the
following pages from the courts records regarding
the above case ___ I have enclosed sufficient
payment ($12.00) from my Trust fund account ___
Please send the following:

REPORTER'S RECORD Vol. #5 Pgs 20, ~~23~~, ~~24~~, 25, 26, 27
(~~copies of each~~) (4 copies)

REPORTER'S RECORD Vol #5 p 67 (STATES EXHIBIT
#11) (~~pages~~) (4 copies)

REPORTERS RECORD Vol #3 pgs ■,36,68,69,66
~~(~~)~~ (4 copies)

REPORTERS RECORD Vol #4 pgs 7,■,■,■,■,21,■20
(5 copies Each)

CLERKS RECORD #13
(2 copies)

CLERKS RECORD of Defendants Exhibit #1
(pg number not documented)
(5 copies)

Thank You

Troy Hooper

8/7/2015

HOUSTON TX

31 AUG 2015 PM 11

Court of Appeals
5th Dist. TX.
George Allen Bldg.
600 Commerce St.
Suite # 200
Dallas TX. 75202

Trey Hooper #1897543
Michael's Unit
2664 FM 2054
Ten. Colony TX. 75886

75202465959